# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cv-03044-SCJ
### Crisp et al v. Hill et al
### Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 08/11/2016.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 1:45 P.M.          COURT REPORTER: David Ritchie
TIME IN COURT: 3:15                      DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Atkins representing Shon Hill |
| | William Atkins representing Victor K. Hill |
| | Harlan Miller representing Brian Crisp |
| | Harlan Miller representing Garland Watkins |
| | Harlan Miller representing Jeffrey Mitchell |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Plaintiffs' case continued. Jeffrey Mitchell sworn and testified. Exhibits admitted: Defendants' exhibit 30; Plaintiffs' exhibits 91, 110 and 105; Joint exhibits 8, 15, 27, 31, 48, 41, 38; 62; 69 and 82. After the lunch break, the parties announced that a settlement agreement in principle has been reached. The jury was dismissed. |
| TRIAL STATUS: | Trial Completed-Settled |
| EXHIBIT STATUS: | |